**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
and THE STATE OF FLORIDA ex rel.
AMY SANCHEZ,

    Plaintiffs,

v.                                                                                        Case No.   3:14-cv-1453-J-34JBT

SMART PHARMACY, INC., GREGORY
H. BALOTIN, WILLIAM C. SCROGINS,
and CONNIE MOHRMAN,

    Defendants.
_____

UNITED STATES OF AMERICA ex rel.
ASHOK KOHLI,

    Plaintiffs,

v.                                                                                        Case No.   3:16-cv-387-J-34JBT

SMART PHARMACY, INC. and
GREGORY H. BALOTIN,

    Defendants.
_____

## ORDER OF RECUSAL

**THESE CASES** are before the Court sua sponte.  Due to a potential financial conflict of interest, the undersigned hereby recuses herself from further proceedings in these actions.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of June, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record